# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 953
:
APPOINTMENT TO CONTINUING : SUPREME COURT RULES DOCKET
JUDICIAL EDUCATION BOARD OF :
JUDGES :
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 30th day of June, 2023, the Honorable Maureen A. Skerda, Warren County, is hereby appointed to the Continuing Judicial Education Board of Judges for a term expiring December 31, 2025.